UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-23226-KMW

RANDY RAYSHON WHITEHEAD,

    Plaintiff,

vs.

UNITED STATE OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 5) ("Report") regarding Plaintiff Randy R. Whitehead's motion for writ of error coram nobis (DE 1). The Report recommends that Plaintiff's motion be dismissed without prejudice as improperly filed. Plaintiff filed objections to the Report. (DE 6). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 5) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's motion (DE 1) is **DISMISSED WITHOUT PREJDUICE**.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Randy Rayshon Whitehead
18901-104
Pensacola FPC
Federal Prison Camp
Inmate Mail/Parcels
Post Office Box 3949
Pensacola, FL 32516